U.S. Federal District Court
Middle District court
324. W. Market St.
Greensboro, N.C. 27401-2544    11-27-023

FILED NOV 30 2023
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.

Daniell Blaine Parsons          Motion to file 1983
#0778324. Scotland Prison #4860 N.C.    civil Rights claim
v.                              against C.I. #3100
Central prison #3100            Prison staff Etc, all Both
1300 Western BLVD               in there officel capacity
Raleigh, N.C. 27611             & there indivdual capacity
Programs prison staff Et cal,   I ask for jury also
                                Do to following Federal law

Your Honor;

Per P.R.E.A. Federal law. I should be able to file the civil action without exhausting prison grievance remedys. If not I beg the court to compel C.I. #3100. To answere the courts concerning following facts do to me being N.C. prison inmate & have no means to compel the prison to answere my following facts. The above prison staff, under color of state law deprived me of my federal constitutional Rights Romely #1. Failure to protect from assault, Discommation on basis of gender identity. My argument. In 2013. I was rape by prison staff
  (See Parsons V. Andrews) Eastern District.
In 2016. N.C. Prison staff place me on female horments promiseing me gender confirmation Surgey If i took them daily for two years. (See pending lawsuite middle district Nov 023.)

# P.R.E.A. Motion

In May 2021. Centrel prison #3100. Prison program staff Ete. Sent me to South Dakota prison Juneasen Anex D.o.c. In Sugx Falls S.D. To protect me from rape & assertts in N.C. prisons. They Knowingly Knew i was not supose to be housed in singel cell with male inmates. But all 4 of South Dakota prisons house 2 to 3 Inmates togethere in singel 7 By 8 foot cells 22-7. I was still a N.C. Inmate. From may o21 untile Aug o22. I was sepual assertted by 4 diffent Inmates, 1 S.D. custody staff, & finally roped. No one help me, they just Kept Puting me in diffrent cells with men Knowing i am noted N.C. Prison Transsexiel Female with 38-B Female Breast. only after i was assertted & roped did they Keep me in cell by myself only for about 30 days. Then Sent me back to Centrel prison N.C. Aug 18, 22. Aug 24, 22. The prea repat come back to centut prison N.C. to prograns Ms. LA'Floor. Deemed True. Since then N.C. prison Staff. Have retaluted aganit me & have tryed to have gang members Kill me by housing me in Blocks with them. Blatntly Not fallow prison policy, Nor P.R.E.A. Law. This i can prove From 1-4-23 to 10-13-23 Ete. I do not hold South Dakota prisons at foult. or Do i? N.C. prison Staff Knew. I ask the courts

Pag 3 a B.4 ~~[scribbled]~~ P.R.E.A. Motion

to also compel N.C.P.L.S. inc to do my discovery & to Amend my complaint so you can understand it. I'M Sorry I cannot explain better.

Also I have No money & am indogent I request to file in Forma Pauperis. The prison will not give me receipt. They are trying to Stop my lawsuite.

See Some inclosed Grievances.

I'M lock in a 8 By 12 Box. No one will help me.

I swear under oath in court of law the above is true

Sincerely

David B. Parsus #0778324

SSN # 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

# End P.R.E.A. Motion

1. Compensatory damages $5,000 Each prison staff.

2. Punitive damages up to court.

3. Injunctive relief. I Force prisons to Follow P.R.E.A. Law, Transsexual management polices.

4. Declaratory relief up to court

Sincerely

Darnell B. Parish

0776324

P.R.E.A.

U.S. Eastern District Fedasal Court.
Raleigh, N.C. 27611

DC-410 (Rev. 02/22)

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: Daniell Blaine Parsons       Offender #: 0778324

Location: Scottland Prisons Little C.P.     Date: 10-17-23 9:00 AM

Grievance Statement: Asst. Warden: Mr. Gray + captain: Mr. Burgess. Both of M.C.I. # 4875. Retaliated against me from 1-4-23. To. 10-13-23. Then finealy conspiring + lieing, stateing i refussed G.P. In order to ship me.

Do to me reporting there Ex co-worker + friend repeatly rape me in 2013.

See Eastern District Fedasal Court Raleigh, N.C. 27611
(Parsons V. Andrews 013 019.)

What remedy would resolve your grievance?: Send pink copy, her court back to me. Move me to the Transgender Block Now! I have did nothing wrong. I only have 13 points. If not your to will be added to my lawsuite Sincesely Stormy

Offender Signature: Daniell B. Parsons

---

**OFFICIAL USE**

---

Date received: 10/17/23       _____        _____
                              Receiving Officer Signature    Staff ID

Facility #: 4860    Year: 2023    Housing #: MCON    Sequence #: 2340

Distribution: White - Facility Copy; Pink - Offender Copy

 North Carolina Department of Adult Correction

Roy Cooper, Governor

Todd E. Ishee, Secretary

## DC-410 Screening Response

Regarding Grievance No.: 4860-2023-NPODD-23401
Received: 10/17/2023

Inmate: PARSONS, DANIEL B - 0778324
Location: 4860-SCOTLAND CI - NPODD013

The grievance you have submitted has been accepted and will begin a review process. A response will be sent within 15 calendar days of 10/18/2023.

| 10/18/2023 | LOCKLEAR, SHERRY L |
|---|---|
| Date | Staff Electronic Signature |

cc: CTS

*Appealed on 10-26-23. Step 2*



MAILING ADDRESS:
22385 MCGIRTS BRIDGE RD.
LAURINBURG, NC 28353-6602

WWW.NCDPS.GOV

An Equal Opportunity Employer

OFFICE LOCATION:
22385 MCGIRTS BRIDGE RD.
LAURINBURG, NC 28353-6602
Telephone: (910)844-3078
Fax: (910)844-3786

"P.R.E.A."
No statue of limitations

DC-410 (Rev. 07/15)

**NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
PRISONS
ADMINISTRATIVE REMEDY PROCEDURE**

Inmate Name: Daniell B. Parsons          Inmate #: 0778324

Location: S.C.I 4860                      Date: 11-2-023

Grieveance Statement: On 11-2-23, Between 10:30 AM 11:30 AM. the gang member above me in D-14 RHCP Threaten me because he told me he wanted to fuck me threw the vent so the others gang members would not hear him. So i told him No to leave me alone. Then he started calling me a faggit. then the others join in the verbal degrading assult aginst me. So i said aloud, infront of the custody staff. I do not date gang members custody staff 14 up and 11 down are threating my life because i will not ingage with him

What remedy would resolve your grievance?: Protect me.

Inmate Signature: Daniell B. Parsons

---

**OFFICIAL USE**

Date received: 11/2/23        _Yenya_                         _____
                              Receiving Officer Signature     Staff ID

Facility #: 4860   Year: 2023   Housing #: MCON   Sequence #: 23560

Distribution: White - Facility Copy; Pink - Inmate Copy



# North Carolina Department of Adult Correction

Roy Cooper, Governor                                          Todd E. Ishee, Secretary

### Step One - Unit Response

Regarding Grievance No.: 4860-2023-NPODD-23560
Received: 11/02/2023

Inmate: PARSONS, DANIEL B - 0778324
Location: 4860-SCOTLAND CI - NPODD015

Your grievance has been identified as an allegation of inmate sexual abuse or harassment. Your grievance has been forwarded to the Facility Head for appropriate action according to the Prison Rape Elimination Act of 2003 and the Division for Adult Correction, Prisons, Inmate Sexual Abuse and Sexual Harassment Policy, Chapter F, Section .3400.

| 11/13/2023 | CHAVIS, MISTY S. |
|---|---|
| Date | Staff Electronic Signature |

(A) _____ Agree with grievance response    (B) __✓__ Appeal to Step Two (24-hour limit)

| 10-13-23 | Daniel B. Parsons |
|---|---|
| Date | Inmate Signature |

| | |
|---|---|
| Date | Witness Signature (optional) |

cc: CTS



MAILING ADDRESS:
22385 MCGIRTS BRIDGE RD.
LAURINBURG, NC 28353-6602

WWW.NCDPS.GOV

An Equal Opportunity Employer

OFFICE LOCATION:
22385 MCGIRTS BRIDGE RD.
LAURINBURG, NC 28353-6602
Telephone: (910)844-3078
Fax: (910)844-3786



# North Carolina Department of Adult Correction

Roy Cooper, Governor  Todd E. Ishee, Secretary

## DC-410 Screening Response

**Regarding Grievance No.: 4860-2023-NPODD-23695**
**Received: 11/21/2023**

**Inmate: PARSONS, DANIEL B - 0778324**
**Location: 4860-SCOTLAND CI - NPODD015**

The grievance you have submitted has been accepted and will begin a review process. A response will be sent within 15 calendar days of 11/21/2023.

| 11/21/2023 | LOCKLEAR, SHERRY L |
|---|---|
| *Date* | *Staff Electronic Signature* |

cc: CTS



**MAILING ADDRESS:**
22385 MCGIRTS BRIDGE RD.
LAURINBURG, NC 28353-6602

**OFFICE LOCATION:**
22385 MCGIRTS BRIDGE RD.
LAURINBURG, NC 28353-6602
Telephone: (910)844-3078
Fax: (910)844-3786

WWW.NCDPS.GOV  An Equal Opportunity Employer

DC-410 (Rev. 07/15)

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Inmate Name: Daniell Blaine Parsons, Stormy  Inmate #: 0775324

Location: S.C.I.C.I. #4860  Date: 11-15-23

Grievance Statement: Yesterday 11-14-23 Between 4:30pm+6:00pm on R.H.C.O. D-Block, at my above housing cage D-15. (see camra footages) The male Spanish African Sgt. came to my door twice trying to "force" me, me to write a false DC-1388 concerning the prior attenks of his two subordant custody staff, that i had just wrote wanton P.R.E.A. against prior the same day 11-14-23. He is seen on camra verbaly degrading my gander, puting his hand on his pepper spray thinking about spraying me for refuseing to write a false DC-1388 statement form retracting the two cumpt custody staff's malice actions against me.

What remedy would resolve your grievance?: _____

Inmate Signature: _____

**OFFICIAL USE**

Date received: 11/21/23   Receiving Officer Signature: [signature]   Staff ID: RT105

Facility #: 4845   Year: 2023   Housing #: ____   Sequence #: 23695

Distribution: White - Facility Copy; Pink - Inmate Copy

DC-410 (Rev. 07/15)

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Inmate Name: Daniell Blaine Passons     Inmate #: 0778374

Location: S.C.I. # 4860     Date: 11-15-23 9:00 AM

Grievance Statement: prior. But instead he tells me i am not a women but a faggit-man & stormd off stateing aloud to other inmates in the block that im in prison for rapeing a 12 year old girl. (which is not true!) Putting my life in danger. (He did Knowingly.) With the statement in hand. If Scottland C.I. # 4860. Ship me do to my P.R.E.A Allegtions. That is retaliation for reporting sexual Harassment. unless the DPS Puts me back on I-con. As we requested. P.R.E.A Law states the agressor shall be moved which they are.

What remedy would resolve your grievance?: Sendy copy back for court, Place me "back" on I-con. I have only 13 Points, or protect me from currpt staff & gang members. Sincerely, Inforce PREA Law & management of transsexual Females Stormy     N.C. D.P.S. Policy on staff, Inmates.

Inmate Signature: Daniell B Passons SSN# 230-98-490 —

### OFFICIAL USE

Date received: 11/21/23     Receiving Officer Signature     Staff ID: RT-45

Facility #: 4860    Year: 2023    Housing #: ___    Sequence #: 23695

Distribution: White - Facility Copy; Pink - Inmate Copy



# North Carolina Department of Adult Correction

Roy Cooper, Governor

Todd E. Ishee, Secretary

## DC-410 Screening Response

**Regarding Grievance No.: 4860-2023-NPODD-23693**
**Received: 11/21/2023**

**Inmate:** PARSONS, DANIEL B - 0778324
**Location:** 4860-SCOTLAND CI - NPODD015

The grievance you have submitted has been accepted and will begin a review process. A response will be sent within 15 calendar days of 11/21/2023.

| 11/21/2023 | LOCKLEAR, SHERRY L |
|---|---|
| Date | Staff Electronic Signature |

cc: CTS



**MAILING ADDRESS:**
22385 MCGIRTS BRIDGE RD.
LAURINBURG, NC 28353-6602

**OFFICE LOCATION:**
22385 MCGIRTS BRIDGE RD.
LAURINBURG, NC 28353-6602
Telephone: (910)844-3078
Fax: (910)844-3786

WWW.NCDPS.GOV

An Equal Opportunity Employer

P.R.E.A.

No statue of limitaions on submiting.

U.S Eastern District Federal court
Raleigh, N.C. 27611

DC–410 (Rev. 07/15)

Case No# 5:22-CT-3453-D

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
### ADMINISTRATIVE REMEDY PROCEDURE

Inmate Name: Daniell Blaine Parsons   Inmate #: 0778324

Location: S.C.I. #4860   Date: 11-10-23

Grievance Statement: Asst. Warden; Mr. Gray captain; me: Burgeth, unit manager, Mr. Smith, Mr. Shuman case worker Mr. Jones, Sgt. Mr. Jhonson. all of Maury #4875. Retaliated against me from 1-4-23 untile 10-13-23 then finally conspiring against me & lie & say i refussed general population. They did this do to me reporting there ex c.o. worker repently rape me. That is against P.R.E.A. Fedral law. This i will prove in court of law. I recorded everything & there is camra footage. They all also knowingly did not follow policy

What remedy would resolve your grievance?: Let me off R.H.C.P. I've did nothing wrong. Put me back on medium custody P-con. I have 13 points I wont there Retirement. Send Pink copy back per policy For Fedral courts. Sincerely Stormy

Inmate Signature: Daniell B. Persons # 0778324
Soc-Sec # 230-93-990

### OFFICIAL USE

Date received: 11-21-23   Receiving Officer Signature   Staff ID

Facility #: 4860   Year: 2023   Housing #: ___   Sequence #: 23693

Distribution: White - Facility Copy; Pink - Inmate Copy

Case 1:23-cv-01083-TDS-JEP   Document 1   Filed 12/11/23   Page 13 of 13