IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DANIEL BLAINE PARSONS,           )
                                 )
               Plaintiff,        )
                                 )
        v.                       )          1:23CV1083
                                 )
CENTRAL PRISON,                  )
                                 )
               Defendant(s).     )

## JUDGMENT

The Order and Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on December 13, 2023, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that this action is filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation of the United States Magistrate Judge.

                         /s/    Thomas D. Schroeder
                         United States District Judge

January 11, 2024